UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.

D-1  VERDINE DAY,

    Defendant.

CRIMINAL NO. 21-CR-20693

HON. GEORGE CARAM STEEH

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, VERDINE DAY, Defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count One:**

**Bank Fraud**
**18 U.S.C. § 1344(2)**

FILED
NOV 23 2021

Thirty years imprisonment, a $1,000,000 fine, or both

/s/ Verdine Day
VERDINE DAY
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                              WILLIAM R. FORD
                                              Counsel for Defendant

Dated: 11-23-21