Otis B. Holt
19583 Shrewsbury Rd.
Detroit, MI 48221

February 9, 2022

To Whom It May Concern,

My name is Otis B. Holt, I am a Retired 2nd Deputy Commissioner of the Detroit Fire Department. I'm writing to humbly request that you exercise as much mercy as possible when considering the sentencing of Fire Engine Operator (FEO) Verdine Day.

I have had the honor to work with Verdine in many capacities, as a young firefighter working at fires in the super-hot weather, in the streets of Detroit trying to protect property and the citizens of our beloved city, as well as in the coldest of winter when we had to hold the frozen hoses close to the Fire Trucks exhaust to thaw out the hose couplings so that the fire hose could be disconnected. We worked Devils Nights together when we had to fight through reporters to fight the fires not just local reporters but national and international reporters who had come to report on the ravishing number of fires destroying Detroit every year. The fires were so numerous that you could see from the rooftop of the fire you were currently fighting - the burning houses on near blocks that you were going to have to put out next. The entire city smelled of smoke. It takes courage and a stick-to-it spirit to work under these conditions as well as a desire to serve your community.

I have watched Verdine serve at funerals of firefighters bringing comfort to their families and just as importantly bringing comfort and a loving touch to the firefighters who had lost a brother. Sometimes these firefighters feel a little guilty and partly responsible for the loss of their brother in blue. She worked with the families and helped to guide them through very difficult times of planning funerals, pension options, insurance issues, IAFF benefits, and state and local benefits. Verdine has done some very heavy lifting.

I have also served with Verdine as an L-344 Union Representative. Verdine was one of the hardest working Union Reps and she was well respected by both white and black firefighters alike. Because of her dedication and hard work Verdine was also well respected within the Fire Commissioner's and Mayor's offices. During her time with L-334, the Fill-The-Boot campaign which raised money for Jerry's Kids was very successful.

I hope the examples I have given help you to understand that Verdine Day has spent many years doing good and serving her community and the citizens of Detroit. I recognize that she has done wrong and that only proves that she is human – Verdine has a good heart, and she is a wonderful person and I think her high level of service over many years is a great reason for you to exercise as much mercy and leniency as possible during the sentencing process – please and thank you.

Humbly,

Otis B. Holt

Fw: My Ltr

Verdine Day <vpday22@yahoo.com>
Mon 3/28/2022 10:21 AM
To: Ods00348Cpc <ods00348cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> From: "Niki Massey" <masseni313@yahoo.com>
> To: "Verdine Day" <vpday22@yahoo.com>
> Sent: Wed, Feb 23, 2022 at 9:41 PM
> Subject: My Ltr
> here is my letter . . . . . . .
>
> Dear Judge George C. Steeh,
>
> Please accept this character letter for Verdine Day. I have known Verdine for over 20+ years. She worked with my brother Marvin Massey. My brother was tragically killed in an auto accident in 2010. Verdine is like a big sister, Aunt, just a very close friend of the family. We consider her family without any doubt. She was very supportive during the time of my brothers death. She offered emotional support to all of us in any way possible to try and relieve some pain. Verdine is very caring and upstanding person. When ever her name is mentioned to any of our friends and family that worked for The Detroit Fire Department (DFD) they only had much praise and positive words to share.
>
> Verdine's personality is happy, caring and over the top supportive. I have witnessed her help people that she barely knew or had just met however possible. She is always full of positivity and willing to help bring a smile to everyone that she meets. What I witnessed from my own family member (brother/nephew) and friends is that she always wanted to just help others do and be their best.
>
> It would be a huge benefit to continue to appreciate the love and support received from Verdine from day to day. I hope that her presence with society will remain for family, friends and some fortunate strangers that come into contact with her. She has only every helped and given and never taken.
>
> I respectfully ask that you consider all of the positive mentioned reasons in regards to Verdine Day.
>
> Regards,
> Nichol Massey

To whom it may concern:

Verdine Day is a person I wondered about why so many people spoke highly of. I would see her at all the major catastrophes and in photos. Around 1994 she was transferred in my firehouse which at that time I met her personally and right away I could the lure. She was very personable and I could tell right away she was someone who cared and she proved it time and time again in the course the past 26 years or so Ive known her.

Because of her interactions with fire personnel and their families she became the 8th battalion director. And after a few successful terms she ascended to the executive board. It was at that time under her leadership I through my name in the hat. I wanted to serve the membership just as she did.

She had shown me amongst other that to be giving of ones self so tirelessly attending to everything that may affect anyone as it related to this dept and life in general was what truly being a servant to the others was about. The fire dept is built on service to the citizens and not only did she serve the citizens she served those that served. Taking on the roll that many would shudder at. Always with the families of our fallen comrades, always at the hospital when a member was injured. I watched her cry many of times to only be up to do it again the next day or the next family often leaving her own family on holidays or other important family function to be with dept members in need.

She was instrumental in the Eng 40 foundation that began a back to school rally that has continued now for 20 plus years that on the last weekend of august they supplied book bags with school supplies to well over 1400 kids a year. Provide aids testing, dental exams, haircuts, bike giveaways as well as exposing kids to the exotic pet show and horse back riding, things that wouldn't have ordinarily seen.

She started a Christmas fund that would host up to 6 different families sometimes if they were burned out or had a major event around Christmas. Breakfast and dinner would be provided as well as gifts for the kids and parents. Assisting them in finding a home among other things.

That type of love and care given for so many years is far beyond selfless, it's a way of life. She turned so many people life around be it through taking members to rehab and keeping track in her daily life to make sure they stayed on the right path or just showing at 3 am to talk some through a difficult time. Showing up to help their families if members were sick or injured she would orchestra snow removal or grass cutting or ramp building so they would have access to and from their house.

More importantly she led the way for a generation of young people to strive to better everyday and I personally learned to be a better servant dedicated to a life of giving back for the weight is mine and the rest of my brethren to carry on helping others and not just between work hours but everyday all day .

LT. Darnell McLaurin
313-410-0904

Cornelius Andrew
11439 Creek Eagle
San Antonio TX  78245
(210) 861-9188

Honorable Judge George C. Steeh,
My name is Cornelius Andrews, I am a retired US Army Veteran and the Nephew of Verdine Day. Its my intent to shed some true light on the type of person my Auntie is.

I spent a lot of my childhood with my Auntie, she has always been one of my favorite role models. My brother and sister and I grew up always wanting to spend time with her more than any of our other relatives. This speaks on the type of person she is because our family is full of fun loving and nice people. She is a very giving person and she always has led by example. She is the youngest of all of our Auntie's, but she carried out the same values and integrity as all of her older sisters and until this day I trust and believe in her 100%. My Auntie is warm, loving and caring. I have introduced her to many of my friends throughout of my military career and not a single one of them didn't fall in love with her. She is the sweetest person I know.
My Auntie is the reason why I started to play softball,  She encouraged me to play and I was placed on the all star army team, which we traveled the world. I was amazed at her ability to play this game as well as she did, she was very good. She was inducted into the  USSSA Michigan Hall of Fame and the Michigan Negro Hall of fame.  She was still playing at the age of 62, until recently her knee gave out and now needs to have it replaced.  But with God's help I know she will try and get back out there, because that's her passion, just like it is to help others.

I was raised in a small country town in Florida.  When I signed up for the Army it was a big life change for me.  I could always count on her to be there when I needed someone to talk to.  All the times I asked for her advise she never advised me to do anything unethical no matter what.  Even when I wanted to take different avenues of action she always influenced me to do the right thing.

I Cornelius Andrews truly believe that Verdine Day (my auntie), deserves an opportunity of a second chance.
Please Sir, don't take her away from me and our family.

I can't truly say all that I want to say about Verdine in this letter, but I would be happy to talk to anyone and answer any questions that whom ever my have about her.

Thanking you in advance for your consideration in this matter.
Sincerely,

Cornelius Andrews
Retired SSG US. Army

## Fw: Letter of character

Verdine Day <vpday22@yahoo.com>
Mon 3/28/2022 10:23 AM
To: Ods00348Cpc <ods00348cpc@officedepot.com>
[CAUTION: EXTERNAL SENDER]

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> From: "Diana Taylor" <msdianataylor71263@gmail.com>
> To: "vpday22@yahoo.com" <vpday22@yahoo.com>
> Sent: Thu, Feb 10, 2022 at 4:59 PM
> Subject: Letter of character
> To Judge George.C. Steech
>
> Your Honor My name is Diana Taylor
> of Detroit Michigan
> I am writing you this letter today on behalf of Verdine Pierce Day to let you know the type of person Verdine was and is to this very day.
>
> Verdine is a remarkable woman I've had the pleasure of knowing for 46+years
> Verdine has a heart of gold there is nothing she want do for anyone if she is able.
> Verdine is a proud fire fighter even though she is retired if she is needed she's there.
> Verdine is a team player and she love her family and her DFD family. When anything goes wrong with DFD family Verdine would be right there to help with what is needed if it was someone to talk too a shoulder to cry on she was right there.
> She never have turn her back on family or DFD family.
> Verdine was and is proud to wear her DFD uniform with honor, I can say this very few men or women have contributed to DFD as Verdine have and will even as today.
> I've known her to volunteer at many events , if Verdine knew of a family in need she would do whatever she could to help this family she would even pick families for Christmas and buy for them she also helped them with going back to school clothes and supplies
> Verdine Has truly been a leader for the Detroit fire department . After all the years that she has served as the Detroit fire fighter if they would need her she will be there even though she is retired.
> With all due respect I ask that you would take this into consideration of her
> Sincerely
> Diana Taylor

(No subject)

Verdine Day <vpday22@yahoo.com>
Mon 3/28/2022 10:21 AM
To: Ods00348Cpc <ods00348cpc@officedepot.com>
[CAUTION: EXTERNAL SENDER]

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> **From:** "Miriam S" <happymiriam93@gmail.com>
> **To:** "vpday22@yahoo.com" <vpday22@yahoo.com>
> **Sent:** Sun, Feb 27, 2022 at 9:17 PM
> **Subject:**
> Honorable George C Steeh,
>
> I am writing on behalf of Verdine Day whom I have known for thirty plus years. I look to her as more than a friend but as my sister whom in various capacities have lifted me and our community up over and over again.
>
> Verdine is one of the first female fire engine drivers for Detroit Fire Department ; she was a outstanding skilled softball player for PAL that became instrumental in bringing our youth to PAL for sports also.
>
> Verdine is a born leader with integrity and is hard working, dedicated and never has a bad word to say about anyone.
>
> I know Verdine to be dependable, responsible, honest and courteous. She is an asset to any organization she is a part of past and present. Her presence in any community is a benefit and needed.
>
> Sincerely,
>
> Miriam Smith

Date June 25, 2019

Christopher Dixon
3817 Glendale
Detroit MI 48238

To Judge George C Steeh,

    I have worked with Verdine Day for over 34 years at the Detroit Fire Department. I have witnessed her strong willingness to give of herself to help anyone she could at work and in her community. I have worked with her on numerous projects to help anyone she knew that was in need. I witnessed her dedication to saving the lives of citizens of Detroit and the metropolitan area. Mrs. Day is a GOD fearing Christian who has great remorse for her actions and is determined to be an upstanding pillar of the community in which she lives.
    This is a letter of support for Verdine Day a friend and coworker who deserves a second chance to continue her good deeds to our society.

Sincerely,

_____
Christopher Dixon

February 9, 2022

The Honorable George C. Steeh
Judge, United States District Court for the
Eastern District of Michigan
Theordore Levin U.S. Courthouse
231 W. Lafayette Boulevard, Room 1067
Detroit, MI 48226

Dear Judge Steeh,

I have known Verdine Day in a variety of capacities for many years. While I was an employee of the Detroit Fire Department from 1992 through 2006, and 2009 through 2011, Verdine held the position of Fire Engine Operator, as well as being a member of several affiliated organizations.

Verdine has an excellent rapport with people of all ages and volunteers unselfishly to support her comrades, the under privileged, and elderly. Her excellent communication skills allow her to connect with all kinds of people and to inspire them to put forth their best effort.

If you have any questions, please do not hesitate to contact me.

Sincerely,

VALERIA JOPES

2252 Sturtevant Street, Detroit MI 48206-1241, 313.919.5990, vjopes527@gmail.com

Fw: Character

Verdine Day <vpday22@yahoo.com>
Mon 3/28/2022 10:24 AM
To: Ods00348Cpc <ods00348cpc@officedepot.com>
[CAUTION: EXTERNAL SENDER]

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> From: "Verdine Day" <vpday22@yahoo.com>
> To: "ods00348cpc@officedepot.com" <ods00348cpc@officedepot.com>
> Sent: Tue, Feb 8, 2022 at 10:49 AM
> Subject: Fw: Character
>
> Sent from Yahoo Mail on Android
>
>> ----- Forwarded Message -----
>> From: "Kimberly Adams" <mskimajb10@gmail.com>
>> To: "vpday22@yahoo.com" <vpday22@yahoo.com>
>> Sent: Sat, Feb 5, 2022 at 7:30 AM
>> Subject: Character
>> To whom it may concern:
>> I'm writing this statement as testament to the character of Mrs. Verdine Day, one of my heroes. I met Verdine in 1985 when I was 19 years old and had no life direction. I watched her playing softball and asked her I could go about playing in her league. She walked me through the process and I began playing under her tutor. I was unemployed at the time and had yet to graduate high school. She helped me find a program where I could get a GED. Which I obtained. She was the first woman I'd ever known to be a firefighter. I looked up to her then as I do now. Fast forward to 2005 my younger sister died and I had to take custody of her three children. Verdine showed me programs that would help my family with the children and every time the department had anything involving kids she would help me. These are just a couple of instances where she helped not only me but a multitude of our teammates and countless young people. I will always call her my big sister and I would be lost without her. Please consider all the service she has provided for so many over the years.
>>
>> Thank you
>>
>> Kimberly Jones

Fw: Character Letter to Judge Steeh

Verdine Day <vpday22@yahoo.com>
Mon 3/28/2022 10:23 AM
To: Ods00348Cpc <ods00348cpc@officedepot.com>
[CAUTION: EXTERNAL SENDER]

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> From: "Marvin" <marvinbuckmassey@gmail.com>
> To: "vpday22@yahoo.com" <vpday22@yahoo.com>
> Sent: Sat, Feb 12, 2022 at 11:45 AM
> Subject: Character Letter to Judge Steeh
> Verdine is the best person I have ever met. I have been so BLESSED to have Verdine in my life as Friend and Family. She has been a Mom to me, an aunt, and a sister. She has supported me in my good and bad times. She is a TRUE life saver. I watched Verdine be support for so many people who would have otherwise collapsed and crumbled without her assistance. I have NEVER know a heart like hers. It's PURE. Full of love, compassion, empathy, and TRUE caring. Verdine has helped countless families. She is a pillar in our community. She is so selfless that she spends most of her time helping others. Verdine truly deserves a humanity award. The world needs more Verdines. The world needs little girls to know women like Verdine. She is for sure a role model. As a woman she became one of the best firefighters to ever serve for the Detroit Fire Department. That is an amazing service to our community. I thank GOD for Verdine often. She is someone who I constantly feel guilty that I feel I could never repay her for all she has done for me. Verdine is and will always be my favorite Dark Skinned Woman on this planet. Just the thought of her makes me smile. Her glossy eyes, her beautiful smile. I'm blessed to have clear pictures of her in my mind. Everyone needs a Verdine and we (Detroit) have one and we need her in society we're she can continuously spread her contagious love. Verdine is not a spirit, soul, or being that should be ousted from our community/society. Verdine should be embraced. God will gift the wealth of this world upon Verdine for she is the light in darkness for distressed souls. There are many families in better spirits because of the work and care of Verdine Day-Pierce. She is a TRUE ANGEL. I Trust in her. THANK GOD FOR VERDINE

January 21, 2022

Honorable Judge George C. Steeh
Eastern District of Michigan
Untied States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Sir,

My name is Ronald Alvin Day. I am a retired Fire Fighter Driver (FFD) of the Detroit Fire Department. Verdine Day is my beloved wife of 15 years. I have known her over 40 years. I've loved her from the first day that I met her. When I was 13 years old, I told her that she would someday be my wife.

Please understand that for over half of the 40 years of our friendship and marriage I have shared her heart with the brothers and sisters of the Detroit Fire Department as well as others.

Verdine has always been there to help fellow firefighters. She would get up ion the middle of the night to assist those in need. She would do her best to make and support the funerals of our fallen comrades. If she couldn't make a service she was quick to give them her condolences and apologies for her absence. It was her passion to be of support to families

This is the heart of Verdine Day, my wife my soul mate. She has a 24/7 concern to other, especially the DFD and our twin Grand Children.

Please take into consideration the evidence presented, not at it appears but as a human mistake. Verdine has always been a law abiding citizen all her life.

Lastly, but most importantly, I need my wife at home with me. She is an outstanding wife and companion, she is the glue that holds our family together. She is the love of my life, both literally and figuratively.

With heart felt thanks for favor in this matter.

Ronald A. Day
(313) 580-3296

Honorable Judge George C. Steeh
Eastern District of Michigan
Untied States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge George C. Steeh,

Dear Sir,

My name is Tracy, I am a part owner of Eastpointe Pub, located in Eastpointe Michigan. I have known Verdine Day for over 18 years. I have called on her on several occasions to help raised monies for different charity's, one that comes to mind is, fallen Detroit Sargent Kenneth Steil in 2016, whom was killed in the line of duty in Detroit. I did not know how to go about setting up an event that would be so profitable, But I knew that I can all on Verdine, because of all the wonderful events that she has done on the Detroit Fire Department. When I called on Verdine, without any hesitation she volunteered her time and effects.

She suggested that we have a silent action, she took it upon herself and obtained plenty of items for us to have at the auction and things to raffle off,. ie., Harley Davidson leather jackets, two night stay in at Crystal Mountain ski resort, she also was able to get the Detroit Fire Department to donate two rides on their Fire boat for 10 people, t-shirts, mugs and other things. The event was a success due to her efforts, we raised over $35,000 for his family.

This truly is the kind of person that she is, she has a very big heart and is a lovable person, that cares for everyone. In life we all make mistakes, even God forgives us, so Sir, I'm asking you for leniency on behalf of our family for Verdine Day, if any one deserves it she does.

I want to thank you for the opportunity to address your Honorable court.

Stay safe and be blessed,

Tracy Ann DeRycker
(248) 361-4639

To Whom it may concern,

I am pleased to write this letter on behalf of Verdine Day. I am Retired Chief Steve Kirschner of the Detroit Fire Department. I have had the pleasure of working beside her on fire scenes and in the Union Office. Verdine has always lent a helping hand with a lot of projects, events and to all fire personnel, fallen brothers and sisters of the department on or off duty. She does not care about the color of your skin, just the blood that flows through your heart. I am truly amazed at the time she spends helping others. I once ask jokingly, "hey you don't like being at home", because I would see her every where all times of day and night.
She goes above and beyond her calls of duty. She is one of my favorite (girls) that was on the job. I and others know that we could depend on her for a little of everything, especially support and great hugs, also she makes you feel loved, her favorite saying, "I LOVE YOU AND THERE IS NOTHING THAT YOU CAN DO ABOUT IT. It was always a joy to here that from her.

She had the biggest retirement in the history of the Detroit Fire Department, people and dignitaries came from all over the world to support her, over 400 people attended her party, along with a lot of trucks and engine of on duty personnel. The night that she retired, I am sure broke a lot of fireman's heart. They will miss her.

I had a conversation with her, but did not want to know details, when she broke down crying and saying how she had let her brothers and sisters down, I knew she meant every word. So in saying that, I'm asking you to please consider her heart and not her mind, please give my friend, ex-co-worker another chance please give her the most leniency possible, so that she can stay home with her family and re-pay what she has to.

Thanking you for your consideration

Steve Kirschner,
Retired Chief

Honorable Judge George C. Steeh
Eastern District of Michigan
Untied States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Sir,

My name is Laura Harris, Verdine Day is my Daughter in Law. Sir I'm not a woman of many words, but I need you to know how I feel about her.
Verdine and her family stayed across the street from me and my family. Her whole entire family are wonderful people. When she was young she would go around and help all of the older people on the street with taking their groceries in the house, rake their grass or just go and sit on the porch with them and talk. I never seen such a caring and loving little girl like that. Who grew up and still stayed the same way in help people.
I learned later on that my son Ronald Day had a crush on her, I really just thought that it was puppy love, because at that time he was 13 years old and she was 20. He would always tell everybody that one day she was going to be his wife. As life moved on his dream came true. They got married and still today he talks about her as he did when he was 13 years old.
Verdine is more of a Daughter to me than a Daughter in law. I love her so much, not because she made my son happy but because she is a true loving and caring person. She makes sure that I good as for as getting to my doctor's appointments, grocery store, picking up my medicine and getting to family functions.
Please your Honor help my daughter to stay home with my son and the rest of the family, we need her, I need her. Thank you for taking the time out to read my letter. Everything that I said is the truth about her.

Ms. Laura Harris

Honorable Judge George C. Steeh
Eastern District of Michigan
Untied States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Sir,

My name is Atiba Williams II.

Verdine Day is my grandma (nana) she is one of the most giving person I have ever had the pleasure to have in my life, as a motivational person to grow up and around. Every since I have been in this world, me and my sister have always looked up to her as a figure of inspiration, but also was a lot to look up to. When we had to have show and tell at school we would always bring our nana. Know that no one would ever believe that our nana was a fire fighter. One day she came to the classroom in her full fire gear, the teacher would ask the students, I bet you can't guess what this is. The class said oh it's a fireman. The teacher replied, no it's not. They were stunned. As my nana started to take off some of her gear, they realized that she was a woman, they could not believe that a women could be a fire fighter, I was so proud and stood up and said "HEY", that's my nana.

Talking about a person that would get us up very early on Thanksgiving Day to go feed the homeless, on Christmas Day going to deliver presents to burned out families across the metro Detroit area, was outstanding. We did not know the value and meaning of it, until she explained that everyone deserved to have a meal on this day and every day. This lady has always been a giver. She taught us that sharing and caring is for all.

Since everything that has happen in my life she's always have there and having her as my back bone is needed to keep our families and traditions that where placed by her for us to develop as outstanding young adults. As she would always tell us, that she loves us and there is nothing that we can do about it.

 Please allow me and my sister to keep our nana at home.

Thanking you in advance

Atiba Williams II

Tramadol HCL 50mg - Pain Knee
Cyclobenzaprine 10mg - muscle pain
PreDnisone 50m Inflamation
Zolpidem Tartrate 10mg - Sleep
AmloDipine 5mg  Blood pressure

Ascension Medical Group • 19229 MACK STE 38, GROSSE PTE WDS, MI 48236-2857
DAY, YERDINE PATRICIA (id #49163, dob: 09/13/1959)

# Durable Medical Equipment Order

03/15/2022

| Prescriber | Supplier |
|---|---|
| PAULA LABADIE, PAC<br>MRG_MI BREAST SPECIALIS_GPW<br>19229 MACK STE 38<br>GROSSE PTE WDS, MI 48236-2857<br>Phone: (313) 647-3900<br>Fax: (313) 647-3902 | BINSONS<br>43900 SCHOEHNER RD<br>STERLING HEIGHTS, MI 48313<br>Phone: (586) 737-2323<br>Fax: (586) 755-4450 |

## Patient Information

| Patient Name | DAY, YERDINE PATRICIA |
|---|---|
| Sex - DOB - Age | F 09/13/1959 62yo |
| Address | 19039 BISCAYNE AVE<br>EASTPOINTE, MI 48021-2012 |
| Phone | H: (313) 580-9781<br>M: (313) 580-6761 |
| Primary Insurance | BCBS-MI<br>ID: COM134182723001<br>Group: COM363<br>Policy Holder: DAY, RONALD PATRICIA |
| Secondary Insurance | None recorded. |

## DME Order Information

| Applicable Diagnoses | • Persistent mastalgia<br>  ICD-10: N64.4: Mastodynia |
|---|---|
| Supply | TENS UNIT |
| Quantity | 1 |
| SIG | Use as directed. |
| Refills Allowed | |
| DAW? | N |
| Note to Supplier | persistent left breast pain, left breast s/p reduction, lumpectomy and radiation |

Electronically Signed by: PAULA LABADIE, PAC, PASUR

*Paula K Labadie, PAC*

*Dr. Jeffrey ___*

Prescribed by: PAULA LABADIE, PAC

(1) prescription is written per blank.

ASSOCIATED ORTHOPEDISTS OF DETROIT, P.C. • 24715 LITTLE MACK AVE STE 100, SAINT CLAIR SHORES, MI 48080-3207

DAY, Verdine (id #137168, dob: 09/13/1959)

# Referral Order

03/29/2022

| | |
|---|---|
| Phone:<br>Fax: | JAMES BOOKOUT, MD<br>1AODSOUTH<br>24715 LITTLE MACK AVE STE 100 STE 100<br>SAINT CLAIR SHORES, MI 48080-3207<br>Phone: 586-778-7970<br>Fax: 586-778-2704 |

## Referral Order Information

**Diagnosis**
- Osteoarthritis of right knee joint
  ICD-10: M17.11: Unilateral primary osteoarthritis, right knee

Orders included: 1

- Osteoarthritis of right knee joint
  ICD-10: M17.11: Unilateral primary osteoarthritis, right knee
- PHYSICAL THERAPIST REFERRAL
  Schedule Within: provider's discretion

| Evaluate & Treat: yes | Protocols: ROM, HEP, strengthening |
| Visits per Week: 3 | Side: RIGHT |
| Number of Weeks: 4 | Range of Motion: yes |
| Modalities: yes | Strengthening: VMO strengthening |
| Gait Training: Y | Ice/cold therapy: yes |
| Other: Flexibility, HEP, and SAQ | Heat/warmth therapy: yes |

# of requested visits: 12

## Patient Information

DAY, VERDINE

F 09/13/1959 62yo

19039 BISCAYNE AVE
EASTPOINTE, MI 48021-2012

H: (313) 580-8761

BCBS-PA Highmark BCBS (PPO)
ID: CQM134182723001
Group: CQM363
Policy Holder: DAY, RONALD

None recorded.

Electronically Signed by: JAMES BOOKOUT, MD

_J Bookout_

_____
JAMES BOOKOUT, MD